SEYFARTH SHAW LLP
Robert B. Milligan (SBN 217348)
rmilligan@seyfarth.com
Christopher A. Crosman (SBN 190336)
ccrosman@seyfarth.com
Barri Lyn Friedland (SBN 185148)
bfriedland@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone:  (310) 277-7200
Facsimile:   (310) 201-5219

Attorneys for Defendant
COVERALL NORTH AMERICA, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY HARRIS, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COVERALL NORTH AMERICA, INC., a Delaware Corporation and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 5:19-cv-01795-DOC-SHK<br><br>Before the Hon. David O. Carter<br><br>**JUDGMENT** |

1  Having duly considered the issues, and having rendered a decision granting
2  summary judgment in favor of Defendant Coverall North America, Inc., the Honorable
3  David O. Carter orders as follows:
4  IT IS HEREBY ORDERED AND ADJUDGED THAT Plaintiff Tiffany Harris
5  takes nothing and that this action be dismissed on the merits. Each party shall bear their
6  own costs and fees.
7  IT IS SO ORDERED.

DATED: September 18, 2020

_David O. Carter_
The Honorable David O. Carter
United States District Judge
U.S. District Court for the
Central District of California